IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

ANDRE DEON JONES,            )
                                   )
           Plaintiff,         )
                                   )
       v.                )   CASE NO. 2:17-CV-26-WKW
                                   )
EDWARD ELLINGTON, *et al.*,   )
                                   )
          Defendants.     )

## **ORDER**

On March 30, 3017, the Magistrate Judge filed a Recommendation to which no timely objections have been filed.  (Doc. # 24.)  Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that the Recommendation (Doc. # 24) is ADOPTED.  Accordingly, it is ORDERED that Plaintiff's motion for preliminary injunction (Doc. # 1) is DENIED and that this case is referred back to the Magistrate Judge for additional proceedings.

DONE this 30th day of June, 2017.

_____
       /s/ W. Keith Watkins
CHIEF UNITED STATES DISTRICT JUDGE